433 A.2d 550

Shepa et al. v. Anderson et ux. et al.

Appeal of John E. Anderson and Judith A. Anderson, John J. Darkangelo and Helen E. Darkangelo, Richard J. Ewalt and Betty J. Ewalt.

Argued January 13, 1981. Joseph R. Rygiel, for Anderson and Darkangelo, appellants; Vincent J. Roskovensky, III, for Ewalt, appellants; Ralph K. Barclay, Jr., for appellees.

Before SPAETH, SHERTZ and MONTGOMERY, JJ.

The appeal in this case is hereby quashed.